B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re **Lomax Hacking Corp.**      Case No. **1-15-41787**

Debtor(s)      Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MD Haque<br>3561 92nd Street apt #3H<br>Jackson Heights, NY 11372 | MD Haque<br>3561 92nd Street apt #3H<br>Jackson Heights, NY 11372 | taxicab driver payments | | 1,373.78 |
| Mohammad Ahsan<br>1433 Glover street<br>Bronx, NY 10462 | Mohammad Ahsan<br>1433 Glover street<br>Bronx, NY 10462 | taxicab driver payments | | 2,578.69 |
| NY State Dept. of Tax<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | NY State Dept. of Tax<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | corporate taxes | Disputed | 25.00 |
| NYC Dept of Finance<br>345 Adams Street<br>10th Fl, South Side<br>Brooklyn, NY 11201-3719 | NYC Dept of Finance<br>345 Adams Street<br>10th Fl, South Side<br>Brooklyn, NY 11201-3719 | corporate taxes | Disputed | 75.00 |
| Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197 | Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197 | taxicab auto loan | Disputed | 23,596.00<br><br>(10,000.00 secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Lomax Hacking Corp.**                                    Case No.  **1-15-41787**

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 30, 2015**                    Signature  **/s/ Widmarck Paul**
                                                       **Widmarck Paul**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.